| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Coffey, John L | 2. Court or Organization<br><br>7th Circuit Court of Appeals | 3. Date of Report<br><br>04/24/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>Federal Building - Courthouse<br>Room 619<br>Milwaukee, WI 53202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X]   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 APR 30 A 9: 18 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Milwaukee County Pension Plan, City of Milwaukee Pension Plan, State of Wisconsin Employee Pension Plan |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coffey, John L | 04/24/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Milwaukee County, City of Milwaukee, State of Wisconsin Pensions | $ 78,085.00 |
| 2. | Judicial Retirees and Survivors - US Courts | $ 174,824.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Self-employed artist-painter |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coffey, John L | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST | | | | | | | | | |
| 2. FEDERATED TAX-FREE OBL FD. | C | Interest | M | T | SLD BOT | VAR | L | A | |
| 3. FLEXTRONICS INTL. LTD. | A | Dividend | | | SLD | 1/04 | J | A | |
| 4. ABBOTT LAB | A | Dividend | K | T | | | | | |
| 5. ALTRIA GROUP | C | Dividend | L | T | | | | | |
| 6. B.P. PLC SPON ADR | B | Dividend | K | T | | | | | |
| 7. BANK OF AMERICA | B | Dividend | L | T | | | | | |
| 8. BERKSHIRE HATHAWAY CL. B | A | Dividend | L | T | | | | | |
| 9. BIOMET | A | Dividend | J | T | | | | | |
| 10. BOSTON SCIENTIFIC | A | Dividend | K | T | | | | | |
| 11. COCA COLA CO. | A | Dividend | K | T | | | | | |
| 12. ELECTRONIC ARTS, INC. | A | Dividend | J | T | | | | | |
| 13. ERICSSON L.H. TEL ADR CL. B. | A | Dividend | J | T | | | | | |
| 14. EXXON MOBIL | B | Dividend | L | T | | | | | |
| 15. FEDERAL HOME LN. MTG. CORP. | B | Dividend | L | T | | | | | |
| 16. GENERAL ELECTRIC | C | Dividend | M | T | | | | | |
| 17. GOLDMAN SACHS GROUP | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coffey, John L | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    GUIDANT CORP. | A | Dividend | | | MRGD - B.SCI | 4/24 | K | E | |
| 19.    INTEL CORP | A | Dividend | J | T | | | | | |
| 20.    INVITROGEN CORP | A | Dividend | | | SLD | 1/4 | J | A | |
| 21.    JOHNSON & JOHNSON | B | Dividend | L | T | | | | | |
| 22.    KOHL'S CORP | A | Dividend | L | T | | | | | |
| 23.    LEXMARK INT'L CL. A | A | Dividend | | | SLD | 1/4 | J | A | |
| 24.    MEDIMMUNE INC. | A | Dividend | K | T | | | | | |
| 25.    MICROSOFT | A | Dividend | K | T | | | | | |
| 26.    NAT. SEMICONDUCTOR CORP. | A | Dividend | K | T | | | | | |
| 27.    NORTRUP, GRUMMAN | A | Dividend | K | T | | | | | |
| 28.    PFIZER | B | Dividend | K | T | | | | | |
| 29.    ROYAL DUTCH PETE CO. | A | Dividend | K | T | | | | | |
| 30.    AT&T | B | Dividend | K | T | | | | | |
| 31.    3 M CO | B | Dividend | L | T | | | | | |
| 32.    TIME-WARNER INC. | B | Dividend | K | T | | | | | |
| 33.    VALERO ENERGY CORP | A | Dividend | J | T | | | | | |
| 34.    WAL-MART | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coffey, John L | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  CAMPBELLSPORT WI. SCH. DIST. | B | Interest | K | T | | | | | |
| 36.  CARROLLTON MICH. PUB. SCH. DIST. | B | Interest | K | T | | | | | |
| 37.  FULTON CNTY GA BLDG AUTH | B | Interest | K | T | BOT | 1/13 | K | | |
| 38.  GREEN BAY, WI PROM NOTES | B | Interest | K | T | BOT | 1/11 | K | | |
| 39.  MCKINNEY TEX INDPT. SCH. DIST | B | Interest | K | T | | | | | |
| 40.  NORTHVILLE MICH. PUB. SCHS. | B | Interest | K | T | | | | | |
| 41.  OHIO ST. GEN RECEIPTS SERIES A | B | Interest | L | T | | | | | |
| 42.  WASH. ST. SERIES D | B | Interest | K | T | BOT | 2/7 | K | | |
| 43.  WILLIAMSON CNTY, TENN. RURAL SCH. | B | Interest | K | T | BOT | 2/1 | K | | |
| 44.  REPORTER | | | | | | | | | |
| 45.  US BANK | C | Dividend | L | T | | | | | |
| 46.  MICROSOFT | B | Dividend | J | T | | | | | |
| 47.  NAM TAI ELECTRONICS | A | Dividend | J | T | | | | | |
| 48.  ST. JUDE MEDICAL | A | Dividend | K | T | | | | | |
| 49.  WELLS FARGO & CO. | A | Dividend | J | T | | | | | |
| 50.  CISCO | A | Dividend | M | T | | | | | |
| 51.  GENERAL ELECTRIC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coffey, John L | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 53. JOHNSON CONTROLS | A | Dividend | J | T | | | | | |
| 54. PARK BANK | B | Interest | K | T | | | | | |
| 55. MITCHELL BANK HOLDING | A | Dividend | J | T | | | | | |
| 56. NORTHWESTERN MUTUAL LIFE | B | Interest | L | T | | | | | |
| 57. MASS MUTUAL | B | Interest | L | T | | | | | |
| 58. INTEL CORP. | A | Dividend | J | T | | | | | |
| 59. M&I BANK | B | Dividend | K | T | | | | | |
| 60. QUAL COMM | A | Dividend | K | T | | | | | |
| 61. LEXMARK INT'L | A | Dividend | J | T | | | | | |
| 62. PRIVATE BANK | A | Dividend | K | T | | | | | |
| 63. MEDTRONIC | A | Dividend | J | T | | | | | |
| 64. FISERV | A | Dividend | K | T | | | | | |
| 65. LEGG MASON | A | Dividend | J | T | | | | | |
| 66. BIOMET | A | Dividend | J | T | | | | | |
| 67. COSTCO WHOLESALE | A | Dividend | J | T | | | | | |
| 68. MERCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coffey, John L | 04/24/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Coffey, John L | 04/24/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____  Date  4/22/07

NOTE: ...LY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AN...

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544